THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FREDERICK C. STEUP and CHESTER W. MCNALLY, Appellants.

Argued May 24, 1937; decided July 13, 1937.

*James I. Cuff* and *James I. McGuire* for Frederick C. Steup, appellant.

*James I. Cuff* for Chester W. McNally, appellant.

*William Copeland Dodge*, District Attorney (*Abraham J. Gellinoff* and *Lyon Boston* of counsel), for respondent.

As to each defendant, judgment affirmed. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, FINCH and RIP-PEY, JJ. Dissenting: CRANE, Ch. J., and LOUGHRAN, J.